IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**QATONIOUS LEE SIRKANEO**                                      **PLAINTIFF**
**ADC #105681**

v.                  **CASE NO. 5:15CV00362 BSM**

**RANDY WATSON et al.**                                           **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Qatonious Lee Sirkaneo's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD are hereby approved in all respects.

IT IS THEREFORE ORDERED THAT:

1. Sirkaneo's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 4th day of December 2015.

                                                       UNITED STATES DISTRICT JUDGE